IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHILLIP MYERS, et al. | : |
| Plaintiffs, | : |
| v. | : 3:18-CV-42 |
| | : (JUDGE MARIANI) |
| CITY OF WILKES-BARRE, et al., | : |
| Defendants. | : |

ORDER

**AND NOW, THIS 15TH DAY OF JANUARY, 2019**, for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** Defendants' Motion to Dismiss Plaintiffs' Complaint (Doc. 8) is **GRANTED IN PART AND DENIED IN PART** as fully set forth in the Court's opinion.

_____
Robert D. Mariani
United States District Judge