# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILLIP MYERS and<br>DANIEL DUFFY, | : | Civil No. 3:18-CV-00042 |
| Plaintiffs, | : | |
| v. | : | |
| CITY OF WILKES-BARRE, PA, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 23rd day of March, 2020, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. Defendants' motion for summary judgment (Doc. 70) is **GRANTED IN PART AND DENIED IN PART**.

2. The motion for summary judgment is **GRANTED** as to Plaintiffs' municipal liability claim against the City of Wilkes-Barre (Count II). The City of Wilkes-Barre is accordingly dismissed from this case.

3. The motion for summary judgment is **DENIED** in all other respects.

4. A status conference is scheduled for **April 30, 2020 at 9:45 a.m.** to discuss future proceedings in this case. The conference will be by telephone. Plaintiff's counsel shall arrange a call-in number and pass code, and provide

that information to the court and opposing counsel at least one hour prior to the call.

s/Jennifer P. Wilson  
JENNIFER P. WILSON  
United States District Court Judge  
Middle District of Pennsylvania